IN THE MATTER OF BERTHA BRECKWOLDT, DECEASED.

See same case below: 45 *N. J. Super.* 357.

*Mr. Morris M. Schnitzer* for the petitioners.

*Mr. James A. Major* for the respondents.

September 16, 1957. Granted.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. FIORE GORGA, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 45 *N. J. Super.* 417.

*Mr. Grover C. Richman, Jr.,* and *Mr. Christian Bollermann* for the petitioner.

*Mr. Ervan F. Kushner* and *Mr. Robert Kleiner* for the respondents.

September 16, 1957. Granted.